IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17CV383-GCM

| | |
|---|---|
| TRUSTEE SERVICES OF CAROLINA, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| DARRELL DYE, SHARON DYE, and the YELLOW ) | |
| PLANATARY WARRIOR TRUST, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court upon its own motion. On July 5, 2017, the *pro se* Defendants purported to remove a foreclosure proceeding from state court by filing a Notice of Removal (Doc. No. 1). On August 11, 2017, Defendants filed a "Notice of Voluntary Dismissal." The Court enters this Order to clarify that the Defendants' attempt to remove the state court foreclosure proceedings was improper and this Court has no jurisdiction over this matter. Accordingly, this matter is hereby REMANDED to the Superior Court of Mecklenburg County.

IT IS SO ORDERED.

Signed: October 20, 2017

Graham C. Mullen
United States District Judge